JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:      Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR-10-00213-DLJ (LB) |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MARK ESTES PETERSON, | ) | |
| Defendant. | ) | Date:  March 25, 2010<br>Time:  10:00 a..m.<br>Court: Hon. Laurel Beeler |

    Defendant Mark Estes Peterson appeared at a status conference before the Court on March 25, 2010. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from March 25, 2010 to April 12, 2010. The parties agreed, and the Court found and held, as follows:

    1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00213-DLJ                                1

1  Act so that defense counsel would have time to investigate and prepare for the trial of this
2  matter, taking into account the exercise of due diligence.
3        2.        Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from March 25, 2010 to April 12, 2010, from Speedy Trial Act calculations
5  outweighs the interests of the public and the defendant in a speedy trial by allowing for the
6  defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).
7        IT IS HEREBY ORDERED that:
8              With the consent of defendant Mark Estes Peterson, the period from March 25,
9  2010 to April 12, 2010, is excluded from the Speedy Trial Act calculations for effective
10 preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

12 IT IS SO ORDERED

14 DATED: March 31, 2010
                                                    LAUREL BEELER
                                                    United States Magistrate Judge

17 Approved As To Form:

19    /s/                                              /s/
   WILLIAM R. PLETCHER                             ANGELA HANSEN
20 Special Assistant United States Attorney        Mark Estes Peterson
   Counsel for United States

28 [PROPOSED] ORDER RE: TIME EXCLUSION
   CR-10-00213-DLJ                          2