JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00213-CW |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME PURSUANT |
| v. ) | TO THE SPEEDY TRIAL ACT |
| ) | |
| MARK ESTES PETERSON, ) | Date: April 12, 2010 |
| ) | Time: 10:00 a..m. |
| Defendant. ) | Court: Hon. Donna M. Ryu |
| ) | |
| ) | |

    Defendant Mark Estes Peterson appeared at a status conference before the Court on April 12, 2010. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from April 12, 2010 to May 6, 2010. The parties agreed, and the Court found and held, as follows:

    1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this

ORDER RE: TIME EXCLUSION
CR-10-00213-CW                       1

1  matter, taking into account the exercise of due diligence.

2      2.    Given these circumstances, the Court found that the ends of justice served by
3  excluding the period from April 12, 2010 to May 6, 2010, from Speedy Trial Act calculations
4  outweighs the interests of the public and the defendant in a speedy trial by allowing for the
5  defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

6      IT IS HEREBY ORDERED that:

7      With the consent of defendant Mark Estes Peterson, the period from April 12,
8  2010 to May 6, 2010, is excluded from the Speedy Trial Act calculations for effective
9  preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

11 IT IS SO ORDERED

13 DATED: April 13, 2010

                                      GRANTED

                            DONNA M. RYU
                            United States Magistrate Judge

16 Approved As To Form:

18     /s/                                      /s/
   WILLIAM R. PLETCHER              ANGELA HANSEN
19 Special Assistant United States Attorney    Mark Estes Peterson
   Counsel for United States

28 ORDER RE: TIME EXCLUSION
   CR-10-00213-CW                         2