JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MARK ESTES PETERSON, ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR 10-00213 CW <br><br> [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT <br><br> Date:   May 6, 2010 <br> Time:   10:00 a..m. <br> Court:  Hon. Laurel Beeler |

     Defendant Mark Estes Peterson appeared at a status conference before the Court on May 6, 2010. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from May 6, 2010 to May 27, 2010. The parties agreed, and the Court found and held, as follows:

     1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

     2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from May 6, 2010 to May 27, 2010, from Speedy Trial Act calculations

CR 10-00213 CW

1  outweighs the interests of the public and the defendant in a speedy trial by allowing for the
2  defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).
3      IT IS HEREBY ORDERED that:
4      With the consent of defendant Mark Estes Peterson, the period from May 6, 2010
5  to May 27, 2010, is excluded from the Speedy Trial Act calculations for ~~continuity of and~~
6  effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
7
8  IT IS SO ORDERED
9
10 DATED: May 11, 2010

_____
LAUREL BEELER
11 United States Magistrate Judge
12
13 Approved As To Form:
14
15     /s/                                  /s/
WILLIAM R. PLETCHER         ANGELA HANSEN
16 Special Assistant United States Attorney  Mark Estes Peterson
Counsel for United States

[~~PROPOSED~~] ORDER RE TIME EXCLUSION
CR 10-00213 CW