JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> Mark E. Peterson, ) <br> ) <br>    Defendant. ) <br> _____) | No. CR 10-00213 CW <br><br> STIPULATION TO CONTINUE; <br> [PROPOSED] ORDER CONTINUING <br> CASE AND EXCLUDING TIME UNDER <br> THE SPEEDY TRIAL ACT <br><br> Date: May 27, 2010 <br> Time: 9:30 a.m. |

     IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing date of May 27, 2010 scheduled at 9:30 a.m., before the Hon. Laurel Beeler, be vacated and re-set for June 17, 2010 at 9:30 a.m., before the Oakland Duty Magistrate Judge, for a further status conference and change-of-plea hearing.

     The reason for this request is that the government is reviewing certain evidence related to a potential sentencing enhancement. Upon completion of this review, the defense will need additional time to investigate and analyze any additional government reports.

     The parties agree and stipulate that the time from May 27, 2010, until June 17, 2010, should be excluded, under 18 U.S.C. §§ 3161(h)(7)(A) and (B), because the ends of justice served by excluding this period of time from Speedy Trial Act calculations outweighs the

STIPULATION TO CONTINUE; [PROPOSED] ORDER EXCLUDING TIME
CR 10-00213 CW

1  interests of the public and the defendant in a speedy trial by allowing time for the defense to
2  prepare effectively and for continuity of defense counsel.

4      IT IS HEREBY ORDERED that:
5          The hearing date of May 27, 2010 scheduled at 9:30 a.m., is vacated and re-set for
6  June 17, 2010 at 9:30 a.m., before the Oakland Duty Magistrate Judge, for a further status
7  conference and change-of-plea hearing.
8          With the consent of defendant Mark E. Peterson, the Court finds that the period
9  from May 27, 2010, until June 17, 2010, is excluded from the Speedy Trial Act calculations for
10 continuity of and effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
11 and (B)(iv).

13 IT IS SO ORDERED

15 DATED: May 28, 2010

                                        LAUREL BEELER
16                                         United States Magistrate Judge

18 Stipulated and Approved As To Form:

20     /s/                                  /s/
   WILLIAM R. PLETCHER                  ANGELA HANSEN
21 Special Assistant United States Attorney     Assistant Federal Public Defender
   Counsel for United States                      Counsel for Defendant MARK PETERSON

STIPULATION TO CONTINUE; [PROPOSED] ORDER EXCLUDING TIME
CR 10-00213 CW