IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK ESTES PETERSON,<br><br>    Defendant._____/ | No. 10-00213 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect. Accordingly,

Defendant Mark Estes Peterson's plea of guilty is accepted by the Court as to Count (1) One of the Information charging Defendant Mark Estes Peterson with possession of child pornography in violation of 18 U.S.C. § 2252 (a)(4)(B). Sentencing is set for Wednesday, September 15, 2010 at 2:00 p.m. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 7/14/2010

_____
CLAUDIA WILKEN
United States District Judge

cc: DMR; Sue