1

2

3

4

5

6                             UNITED STATES OF AMERICA

7                          NORTHERN DISTRICT OF CALIFORNIA

8                                    OAKLAND DIVISION

9    UNITED STATES OF AMERICA,              )      **Case No.  CR 10-0213 CW**
                                            )
10                     Plaintiff,           )      **FINAL ORDER OF FORFEITURE**
                                            )
11          v.                              )
                                            )
12   MARK ESTES PETERSON,                   )
                                            )
13                     Defendant(s).        )
                                            )
14   _____   )

15          On September 27, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting

16   the following property, HP Laptop S/N 2CE8504245 W/Power Cord; ZT Systems Desktop

17   Computer S/N 203474260001 W/Power Cord; 16GB Sandisk Cruzer Thumbdrive; and All visual

18   depictions described in Title 18, United States Code, Section 2252, pursuant to Title 18, United

19   States Code, Sections 2253(a)(1) and (a)(3).

20          The United States represents that it has complied with the publication and notice

21   requirements of the Preliminary Order and that no petitions have been filed.

22          THEREFORE, it is ordered that the above-described property shall be forfeited to the

23   United States, pursuant to Title 21, United States Code, Sections 2253(a)(1) and (a)(3). All right,

24   title, and interest in said property is vested in the United States of America. The appropriate

25   federal agency shall dispose of the forfeited property according to law.

26

27   Dated: 12/16/2010          _____
                                CLAUDIA WILKEN
28                              United States District Judge